JS - 6

**FILED: 07-17-2014**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Aleksandr Kovalerchik*, | CASE NO. CV 13-5419-GHK (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Experian Information Solutions, Inc.*, | |
| Defendant. | |

Pursuant to the Court's July 17, 2014 Order re: Defendant's Motion for Summary Judgment, IT IS HEREBY ADJUDGED that Plaintiff's Fair Credit Reporting Act claims are **DISMISSED with prejudice**.  Also pursuant to the Court's July 17, 2014 Order it is further ADJUDGED that Plaintiff's state law claims are **DISMISSED without prejudice** to their reassertion in state court.  28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

DATED: July 17, 2014

_____
GEORGE H. KING
Chief United States District Judge