1  John P. Fitzmorris, SBN 161827
   Law Offices of John P. Fitzmorris
2  520 Broadway Ste 350
   Santa Monica CA 90401
3  E-mail: jfitzmorrislaw@verizon.net
   Phone: (310) 496-4324
4  Fax: (310) 496-4491

5  John B. Keating, SBN 148729
   2995 Woodside Rd Ste 350
6  PO Box 620622
   Woodside CA 94062
7  E-mail: jbkeating@aol.com
   Phone: (650) 851-5900
8  Fax: (650) 851-5912

9  Attorneys for Plaintiff Aleksandr Kovalerchik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR KOVALERCHIK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV13-05419-GHK (FFM)<br><br>STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN<br><br>Assigned to the Honorable George H. King<br><br>Judgment: July 17, 2014 |

---

Kovalerchik v. Experian　　　　　STIPULATION AND REQUEST
USDC Central District Cal　　　　FOR DISMISSAL　　　　　　　　Page - 1 -
No. CV13-05419-GHK (FFM)

Plaintiff Aleksandr Kovalerchik ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: 6/8/15

John P. Fitzmorris
Attorney for Plaintiff Appellant
Aleksandr Kovalerchik

Dated: 6/5/15

Michael Morgan
Jones Day
Attorneys for Defendant
Experian Information Solutions, Inc.

Kovalerchik v. Experian
USDC Central District Cal
No. CV13-05419-GHK (FFM)

STIPULATION AND REQUEST
FOR DISMISSAL

Page - 2 -

1       Plaintiff Aleksandr Kovalerchik ("Plaintiff"), by counsel, and Defendant Experian
2 Information Solutions, Inc. Trans Union, LLC ("Experian"), by counsel, hereby stipulate and
3 agree that all matters herein between them have been compromised and settled, and that
4 Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its
5 own costs and attorneys' fees.

7 Dated: _____

                                                                        John P. Fitzmorris
                                                                       Attorney for Plaintiff Appellant
                                                                       Aleksandr Kovalerchik

10 Dated: _____

                                                                       Michael Morgan
                                                                       Jones Day
                                                                       AttorneyS for Defendant
                                                                       Experian Information Solutions, Inc.

Kovalerchik v. Experian                 STIPULATION AND REQUEST
USDC Central District Cal             FOR DISMISSAL                     Page - 2 -
No. CV13-05419-GHK (FFM)