John P. Fitzmorris, SBN 161827
Law Offices of John P. Fitzmorris
520 Broadway Ste 350
Santa Monica CA 90401
E-mail: jfitzmorrislaw@verizon.net
Phone: (310) 496-4324
Fax: (310) 496-4491

John B. Keating, SBN 148729
2995 Woodside Rd Ste 350
PO Box 620622
Woodside CA 94062
E-mail: jbkeating@aol.com
Phone: (650) 851-5900
Fax: (650) 851-5912

Attorneys for Plaintiff Aleksandr Kovalerchik

FILED
CLERK, U.S. DISTRICT COURT
6/23/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR KOVALERCHIK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV13-05419-GHK (FFM)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN<br><br>Assigned to the Honorable George H. King<br><br>Judgment:　July 17, 2014 |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Aleksandr Kovalerchik against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff, Aleksandr Kovalerchik and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date:  6/23/15                                    _____
　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　　　Central District of California