FILED

UNITED STATES COURT OF APPEALS

JUN 25 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEKSANDR KOVALERCHIK, an individual,<br><br>            Plaintiff - Appellant,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., DBA Experian,<br><br>            Defendant - Appellee. | No. 14-56317<br><br>D.C. No. 2:13-cv-05419-GHK-FFM<br>Central District of California, Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation